# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

UPSTATE NEW YORK CARPENTERS PENSION
HEALTH AND ANNUITY FUNDS, by Earl Hall
and Gary Toth, as Trustees; et al.

V.  CASE No.: 5:05-CV-849(NAM/GHL)

SEAWAY OF GOUVERNEUR, INC.; and
WILLIAM REDDICK, individually


[ ]   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of PLAINTIFFS against DEFENDANTS as follows: 1) as against Defendant REDDICK of $32,646.34 for unpaid contributions, deductions, interest and liquidated damages through December 18, 2006, with interest from December 19, 2006, of $6,496.85; and 2) as against Defendant SEAWAY the foregoing $32,646.34 and interest of $6,496.85 (owed jointly and severally with Defendant REDDICK), together with an additional sum (owed only by Defendant SEAWAY) of $2,010.52 for other damages through December 18, 2006, and with interest from December 19, 2006, of $194.18 pursuant to the Order of the Hon. Norman A. Mordue filed on May 13, 2008.

DATED:   May 13, 2008

_Lawrence K. Baerman_
Clerk of Court

LKB:lmp